FILED U.S. DISTRICT COURT AT WHEELING, WV JUL 26 2007 NORTHERN DISTRICT OF WV OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF WEST VIRGINIA

IN RE:

HOWARD DELIVERY SERVICE, INC.,            BK No. 02-30289

      Debtor,

HOWARD DELIVERY SERVICE, INC.,

      Plaintiff,

v.                                                     Civil Action No. 3:03CV61
                                                      (Frederick P. Stamp, Jr.)

ZURICH AMERICAN INSURANCE COMPANY,

      Defendant.

## ORDER GRANTING DEBTOR AUTHORITY TO SELL
## 1998 CADILLAC SEVILLE AND KÜNSTLER PRINTS

This day came the Debtor, Howard Delivery Service, Inc. (the "Debtor"), by Richard M. Francis, its counsel, upon the Debtor's Motion for Authority to Sell 1998 Cadillac and Künstler Prints, dated June 29, 2007, **[Doc 652]**, and upon Notice of Debtor's Motion for Authority to Sell 1998 Cadillac and Künstler Prints, dated July 2, 2007 **[Doc 653]**, issued by the Clerk of the Court, and mailed to the entire creditor mailing matrix maintained in this case.[*] Additionally, counsel for the Debtor served the Motion and the proposed Notice upon all parties who have appeared in the case. Counsel for the Debtor reported that he had received no written or oral objections to the relief requested by the Debtor, and that no written objections to such relief have been filed with the Clerk of the Court.

---

[*] This bankruptcy case was filed in the United States Bankruptcy Court for the Northern District of West Virginia. By Order Withdrawing Reference, entered November 20, 2006, reference was withdrawn by the United States District Court for the Northern District of West Virginia. Per Order Establishing Procedure For Future Filings And Outlining Remaining Matters, entered December 13, 2006, this Order was filed in the office of the Clerk of the United States Bankruptcy Court for the Northern District of West Virginia.

1

Upon the Debtor's Motion, and the Court finding appropriate notice having been given to all parties in interest, and there being no objections filed in respect of the relief requested by the Debtor, the Debtor's Motion is GRANTED.

It is hereby ORDERED, that Howard Delivery Service, Inc., the Debtor herein, is authorized to sell the following assets of the Debtor to Gene Leonard for a total purchase price of $5,000:

    a.    one 1998 Cadillac Seville STS Touring Sedan, VIN 1G6KY5496Wu917567; and

    b.    four (4) Künstler prints.

It is further ORDERED that Gene Leonard's purchase of the 1998 Cadillac Seville STS Touring Sedan and the four (4) Künstler prints is in good faith, and that Gene Leonard is entitled to the protections afforded by §363 of the Bankruptcy Code.

ENTER:    July 25, 2007.

_____
FREDERICK P. STAMP, JR.
United States District Judge

Prepared by:

_____
Richard M. Francis (W. Va. State Bar No. 1275)
Kristin A. Shaffer (W. Va. State Bar No. 10338)
BOWLES RICE MCDAVID GRAFF & LOVE LLP
600 Quarrier Street
P. O. Box 1386
Charleston, West Virginia 25325
(304) 347-1116
Counsel for the Debtor, Howard Delivery Service, Inc.

1867864.1