IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

IN RE:

    HOWARD DELIVERY SERVICE, INCORPORATED,    BK No. 02-30289

    Debtor.

HOWARD DELIVERY SERVICE, INCORPORATED,

    Plaintiff,

v.    Civil Action No. 3:03CV61
    (STAMP)
ZURICH AMERICAN INSURANCE COMPANY,

    Defendant.

## ORDER SCHEDULING STATUS CONFERENCE

On September 12, 2007, this Court conducted a status conference in the above-styled civil action. At that conference, the parties, by counsel, informed this Court that the sale of the Broadview, Illinois, truck terminal has concluded and that the proceeds from the sale have been distributed in accordance with this Court's order, dated May 22, 2007. The parties further informed this Court that the 1998 Cadillac Seville and four art prints have been sold, as authorized by this Court's July 26, 2007 order, and that they expect the proceeds to be deposited into the debtor operating account some time during the week of September 17, 2007. The last remaining items to be sold from the estate are two time shares in Florida, which the parties have informed this Court at the September 12, 2007 status hearing they expect to sell in

time to bring this action to a conclusion by the end of this calendar year, or very shortly thereafter. This Court appreciates the progress being made.

This Court finds that it would be beneficial to conduct another status conference closer to the end of this calendar year. Accordingly, it is ORDERED that the parties appear for a status conference on **November 14, 2007 at 12:00 p.m.** at the Wheeling, West Virginia point of holding court. The undersigned judge is currently scheduled to be in trial on the date of the status conference. In the event that the trial is not held on this date, the status conference will be rescheduled to another time on this date by separate order.

The Court will permit those out-of-town attorneys having their offices further than forty miles from the point of holding court to participate in the conference by telephone. However, any such attorney shall advise the Court at least three working days prior to the conference of his or her intention to participate by telephone and shall (1) inform all counsel of his or her appearance by telephone; (2) confer with other out-of-town attorneys to determine if they wish to appear by telephone; (3) advise the Court of the name of the attorney who will initiate the conference call and all such attorneys appearing by telephone; and (4) initiate a timely conference telephone call with such attorneys to the Court at 304/233-1120 at the time of the scheduled conference. If the

attorneys cannot reach agreement as to the initiator of the call, the Court will make that determination.

IT IS SO ORDERED.

The Clerk is directed to transmit a copy of this order to counsel of record herein.

DATED:   September 12, 2007

<u>/s/ Frederick P. Stamp, Jr.</u>  
FREDERICK P. STAMP, JR.  
UNITED STATES DISTRICT JUDGE