IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

IN RE:

    HOWARD DELIVERY SERVICE, INC.,

        Debtor.


HOWARD DELIVERY SERVICE, INC.,

        Plaintiff,

v.                              Civil Action No. 3:03CV61
                                      (BK No. 02-30289)
ZURICH AMERICAN INSURANCE COMPANY,

        Defendant.


### ORDER RESCHEDULING STATUS CONFERENCE

    For reasons appearing to the Court, the time of the status conference scheduled in the above-styled civil action is hereby RESCHEDULED.

    Accordingly, it is ORDERED that the parties by counsel appear for a status and scheduling conference on **March 4, 2008 at 1:15 p.m.** in the chambers of Judge Frederick P. Stamp, Jr., Federal Building, Twelfth and Chapline Streets, Wheeling, West Virginia 26003.

    The Court will permit those out-of-town attorneys having their offices further than forty miles from the Wheeling point of holding court to participate in the conference by telephone. However, any such attorney shall advise the Court at least three working days prior to the conference of his or her intention to participate by telephone and shall (1) inform all counsel and any pro se parties

of his or her appearance by telephone; (2) confer with other out-of-town attorneys and any <u>pro se</u> parties to determine if they wish to appear by telephone; (3) advise the Court of the name of the attorney who will initiate the conference call and all such attorneys appearing by telephone; and (4) initiate a timely conference telephone call with such attorneys to the Court at 304/233-1120 at the time of the scheduled conference. If the attorneys cannot reach agreement as to the initiator of the call, the Court will make that determination.

IT IS SO ORDERED.

The Clerk is directed to transmit a copy of this order to counsel of record herein.

DATED:    February 8, 2008

<u>/s/ Frederick P. Stamp, Jr.</u>
FREDERICK P. STAMP, JR.
UNITED STATES DISTRICT JUDGE