UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF WEST VIRGINIA

IN RE:

HOWARD DELIVERY SERVICE, INC.,      BK No. 02-30289

    Debtor,

HOWARD DELIVERY SERVICE, INC.,

    Plaintiff,

v.      Civil Action No. 3:03CV61
    (Frederick P. Stamp, Jr.)

ZURICH AMERICAN INSURANCE COMPANY,

    Defendant.

### ORDER ON DEBTOR'S PROPOSED INTENT TO ABANDON PROPERTY

This matter is before the Court on Debtor's Proposed Intent to Abandon Property **[Doc 720]** filed herein on February 13, 2008 and served by mail, or by electronic transmission to those on the CM/ECF list for this case, the Debtor, Debtor's Attorney, and the current mailing matrix in this case, and good cause appearing to grant the requested relief, and no objection having been timely filed or sustained to such relief, it is hereby

ORDERED that Debtor's Proposed Intent to Abandon Property be and hereby is GRANTED; and it is further

ORDERED that the Debtor's 2 One-Week Time Shares, Unit Number 408, Weeks 23A and 36A, at Vistana's Beach Club, 10740 S. Ocean Drive, Jensen Beach, Florida 34957, are hereby abandoned from the Debtors' bankruptcy estate.

It is so ORDERED.

ENTER: March 4, 2008.

FREDERICK P. STAMP, JR.
United States District Judge

Prepared by:

/s/ Richard M. Francis
Richard M. Francis (W. Va. State Bar No. 1275)
Kristin A. Shaffer (W. Va. State Bar No. 10338)
BOWLES RICE MCDAVID GRAFF & LOVE LLP
600 Quarrier Street
P. O. Box 1386
Charleston, West Virginia 25325
(304) 347-1116
Counsel for the Debtor, Howard Delivery Service, Inc.

2075834.1